E-FILED on 7/31/12

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEROME H. JACKSON, | ) | No. C 12-2847 RMW (PR) |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| v. | ) | |
| UNIDENTIFIED, | ) | |
| Defendant. | ) | |

On June 4, 2012, plaintiff, a California state prisoner, filed a letter with the court, which initiated these proceedings. (Docket No. 1.) On June 26, 2012, plaintiff filed another letter indicating that the original letter sent to the court was not meant to be filed as a complaint. (Docket No. 4.) Plaintiff's current letter is construed as a request to voluntarily dismiss these proceedings. Plaintiff may voluntarily dismiss his complaint with or without order of this court. See Fed. R. Civ. P. 41(a)(1)(A), (a)(2). Said dismissal may be with or without prejudice, but unless plaintiff's notice of dismissal or the court order states otherwise, it is deemed to be "without prejudice." See Fed. R. Civ. P. 41(a)(1)(B), (a)(2). Because no opposing party has been served, plaintiff's letter requesting to dismiss these proceedings is construed as a "notice of dismissal," and requires no order from the court. See Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly, this action is DISMISSED. The Clerk of the Court shall terminate all pending motions and close the file. The Clerk is also directed to send an electronic copy of

Order of Dismissal
P:\PRO-SE\SJ.Rmw\CR.12\Jackson2847VolDis.wpd

1  plaintiff's original letter (docket no. 1), and a copy of this order to the courtroom deputy of

2  Judge Thelton Henderson.

3       IT IS SO ORDERED.

4  DATED: _____

   RONALD M. WHYTE
   United States District Judge

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

JEROME H JACKSON,

          Plaintiff,

  v.

UNIDENTIFIED,

          Defendant.
_____/

Case Number: CV12-02847 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 31, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jerome H Jackson T-37738
Salinas Valley State Prison
B3-223L
Post Office Box 1050
Soledad, CA 93960-1050

Dated: July 31, 2012

Richard W. Wieking, Clerk
By: Jackie Lynn Garcia, Deputy Clerk